# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Robert H. Jackson U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202<br>(716) 551-1700 |  | 2120 U.S. Courthouse<br>100 State Street<br>Rochester, New York 14614<br>(585) 613-4000 |

| | | |
|---|---|---|
| **MARY C. LOEWENGUTH**<br>CLERK OF COURT | www.nywd.uscourts.gov | CHARLES S. CARRA, ESQ.<br>JAMES G. ECKERT, ESQ.<br>JANELLE OLSEN, ESQ.<br>ERIN TUBBS, ESQ.<br>SUZANNE ROYCE, ESQ.<br>Pro Se Staff Attorneys |
| **ANNE F. MODICA, ESQ.**<br>SPECIAL COUNSEL TO THE CHIEF JUDGE | | NICOLE THOMPSON-WILLIAMS<br>Pro Se Paralegal |

April 9, 2019

Gregory Ramos (Jacket # 132881)
NCCF
P.O. Box 496
Lockport, NY 14095

Re:   18-cv-06246 FPG requested documents

Dear Mr. Ramos:

Previously, the Clerk's Office sent you documents in response to your most recent letter dated March 15, 2019 and these documents were sent on to Upstate Correctional Facility.

Enclosed, is a copy of the correspondence and the documents previously mailed to your attention.

Sincerely,


Nicole Thompson-Williams
Pro Se Paralegal


Enclosure:   March 27, 2019 Correspondence, Application for Counsel Form, Instructions on how to file your Amended Complaint, Complaint form