To: Hon. Marian W. Payson

July 28
Dkt # 18-CV-6246

Hopefully this letter find you in good health. This letter is to address a Address Change for Plaintiff Gregory Ramos in Case Gregory Ramos .v. Hy et. al., index no. 18-cv-6246. I will also be contact City of Buffalo Law Department's Ms. Maeve Huggins. Thank You For Your Prompt Attention to this Matter

Respectfully,
Gregory Ramos
17B1422

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Gregory Ramos   DIN: 17B1422

Hon. Marian W. Payson
United States Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, New York 14614

Legal Mail

Legal Mail