

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

# LAW DEPARTMENT

December 21, 2023

Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

    Re:   Ramos v. Hy, et al.
            Case No. 18-cv-6246

Dear Judge Geraci:

    Our office represents the defendants in this action. Regarding the Court's text order docketed at 97, due to the plaintiff's status as an incarcerated litigant, I am writing to request that the Court dismiss this action as settled pursuant to Local Rule of Civil Procedure 41(a) or, in the alternative, extend the time for the parties to file a stipulation of voluntary dismissal until January 31, 2024. The City mailed the settlement check to the plaintiff at the address below on or about December 4, 2023.

    Thank you for your consideration.

                              Respectfully yours,

                              Cavette A. Chambers
                              Corporation Counsel

                By:   s/David M. Lee
                        Assistant Corporation Counsel
                        Direct Dial (716) 851-9691

cc.    <u>By U.S. Mail To</u>:
        Gregory Ramos
        Register #: 26892-055
        USP Canaan
        3057 Eric J. Williams Memorial Drive
        Waymart, PA 18472