United States District Court
Western District of New York

Ramos
   v
Hy et al.,

12-24-23

Stipulation of Voluntary Dismissal of Case
18-cv-06246

Gregory Ramos, plaintiff in above-mentioned case on status conference held on September 12, 2023, agreed to voluntarily drop allegations against defendants if Buffalo Law Department counsel David M. Lee were to write a check for $5,500 after mediation with Mediator Amanda Williams all parties agreed to these stipulations.

Sincerely,
Gregory Ramos



Canaan U.S.P
P.O. Box 300
Waymart, PA 18472
Gregory Ramos 26892-055

Attn: Hon. Frank P. Geraci
U.S. District Court
Western District of New York
100 State Street
Rochester, NY 14614

14614-136899